UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD L. SMITH,<br><br>          Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>          Defendant. | No. 2:14-cv-2222-KJM-EFB P<br><br>ORDER |

      Bernard L. Smith is a state prisoner proceeding without counsel. This action was opened when he filed letters directed to the Mule Creek State Prison Chief Medical Officer, and to United States District Judge Thelton E. Henderson. ECF Nos. 1, 2. He subsequently filed a motion for leave to proceed in forma pauperis and a motion a temporary restraining order. ECF Nos. 8, 12. He has not, however, properly commenced a civil action.

      A complaint is necessary for the commencement of a civil action. Fed. R. Civ. P. 3. A complaint must contain a short and plain statement of the plaintiff's claim, showing that he is entitled to relief. Fed. R. Civ. P. 8. It must also contain a caption including the names of all defendants. Fed. R. Civ. P. 10(a). Mr. Smith may draft his claims on the form complaint used by this court. Until Mr. Smith submits a complaint, there simply is no case before the court.

/////

/////

1

Accordingly, it hereby is ORDERED that:

1. The Clerk of the Court shall send to Mr. Smith the form complaint used in this court.

2. Within 30 days of the date of this order, Mr. Smith shall submit a complaint stating the nature of the action and his belief that he is entitled to redress. Failure to comply with this order may result in dismissal.

DATED: October 14, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE