1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   BERNARD L. SMITH,                        No.  2:14-cv-2222-KJM-EFB P

11                  Plaintiff,

12        v.                                  FINDINGS AND RECOMMENDATIONS

13   UNKNOWN,

14                  Defendant.

15

16          Bernard L. Smith is a state prisoner proceeding without counsel.  This action was opened

17   when he filed letters directed to the Mule Creek State Prison Chief Medical Officer, and to United

18   States District Judge Thelton E. Henderson.  ECF Nos. 1, 2.  He subsequently filed a motion for

19   leave to proceed in forma pauperis and a motion a temporary restraining order.  ECF Nos. 8, 12.

20   He has not, however, properly commenced a civil action.

21          By order dated October 15, 2014, the court informed plaintiff that a "[c]complaint is

22   necessary for the commencement of a civil action.  Fed. R. Civ. P. 3."  ECF No. 15.  That order

23   granted Mr. Smith 30 days to properly commence a civil action, and warned him that failure to do

24   so could result in this case being closed.  Those 30 days have passed and Mr. Smith has not filed

25   a complaint or otherwise responded to the court's order.  As Mr. Smith has not submitted a

26   complaint, there is simply no case before the court.

27   /////

28   /////

1

1    Accordingly, it is hereby RECOMMENDED that this case be closed.

2    These findings and recommendations are submitted to the United States District Judge

3  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

4  after being served with these findings and recommendations, any party may file written

5  objections with the court and serve a copy on all parties.  Such a document should be captioned

6  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

7  within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

8  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

9  DATED:  November 17, 2014.

10

11    EDMUND F. BRENNAN
12    UNITED STATES MAGISTRATE JUDGE