UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>HAWKINS, et al.,<br><br>        Defendants. | No.  2:14-cv-2222-KJM-EFB P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On September 15, 2016, defendant filed a motion to compel, and on December 12, 2016, defendant filed a motion for summary judgment, which also informed plaintiff of the requirements for opposing a motion for summary judgment.  *See* Fed. R. Civ. P. 56; *Rand v. Rowland*, 154 F.3d 952, 962-63 (9th Cir. 1998).  The time allowed for responding to the motions expired, and plaintiff failed to file an opposition or otherwise respond to either motion.[1]

On December 19, 2016, the court warned plaintiff that failure to respond to defendant's motion to compel could result in a recommendation that this action be dismissed.  *See* Fed. R. Civ. P. 41(b).  The court also granted plaintiff a 21-day extension of time to respond.  The time for acting has once again passed and plaintiff has not filed an opposition, a statement of no

---

[1] Although plaintiff appears to have been released from custody, the briefing schedule set forth in Local Rule 230(*l*) continues to apply to defendant's motions.  *See* ECF No. 25, ¶ 9.

1

opposition, or otherwise responded to the court's order.  Plaintiff has disobeyed this court's orders and failed to prosecute this action.  The appropriate action is dismissal without prejudice.

Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 17, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE